# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Kyle Curtis Patrick Cloctier,
#21374424 ,

*(Enter full name of Plaintiff(s))*

**Plaintiff(s),**

v.

STATE of Oregon Oregon Dept. of Corrections
OSP BHS Staff Tammy weleber, OSP BHS Staff Nina V.
OSP Supt. Cory F., OSP Medical staff Hidy miller
OSP staff John - Jane Doe 1-5 ,

*(Enter full name of ALL defendant(s))*

**Defendant(s).**

Civil Case No. 2:25-cv-1317 SB
*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Kyle CP Cloctier , declare that I am the plaintiff in the above entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for this proceeding or give security therefore and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1.  Are you currently incarcerated:  ☑ Yes ☐ No

    If "Yes" state the place of your incarceration: Two Rivers corection institute

    **If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2.  Are you currently employed? ☐ Yes ☑ No ☐ Self-employed

    a.  If the answer is "Yes" state:

    Employer's name: _____

    Employer's address: _____

    Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

Revised August 6, 2010
Page 1

USDC- Oregon
Form #39.020

b.    If the answer is "No," state:

Name of last employer: _____

Address of last employer: _____

Date of last employment: _____

Amount of take home salary or wages: $_____ per _____ *(specify pay period)*

3.    Is your spouse or significant-other employed? ☐ Yes ☑ No ☐ Self-employed ☐ Not applicable

If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

4.    In the past 12 months have you received any money from any of the following sources?

a.    Business, profession or other self-employment  ☐ Yes ☑ No

If "Yes," state:  Amount received:    $ _____

Amount expected in future:  $ _____

b.    Rent payments, interest, or dividends  ☐ Yes ☑ No

If "Yes," state:  Amount received:    $ _____

Amount expected in future:  $ _____

c.    Pensions, annuities or life insurance payments  ☐ Yes ☑ No

If "Yes," state:  Amount received:    $ _____

Amount expected in future:  $ _____

d.    Disability or workers compensation payments  ☐ Yes ☑ No

If "Yes," state:  Amount received:    $ _____

Amount expected in future:  $ _____

e.    Gifts or inheritances  ☐ Yes ☑ No

If "Yes," state:  Amount received:    $ _____

Amount expected in future:  $ _____

f.    Any other sources  ☐ Yes ☑ No

If "Yes," state:  Amount received:    $ _____

Amount expected in future:  $ _____

5.      Do you have cash or checking or savings accounts?      ☐ Yes ☑ No
        (including prison trust accounts)?

        If "Yes," state the total amount: _____

6.      Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or
        other valuable property?      ☐ Yes ☑ No

        If "Yes," describe the asset(s) and state the value of each asset listed.

        _____
        _____
        _____
        _____

7.      Do you have any other assets?      ☐ Yes ☑ No
        If "Yes," list the asset(s) and state the value of each asset listed.

        _____
        _____
        _____
        _____

8.      Do you have any housing, transportation, utilities, or loan payments, or other regular monthly
        expenses?      ☐ Yes ☑ No
        If "Yes," describe and provide the amount of the monthly expense.

        _____
        _____
        _____
        _____
        _____

9.      List the persons (or, if under 18, initials only) who are dependent on you for support, state your
        relationship to each person and indicate how much you contribute to their support.

        _____
        _____
        _____
        _____
        _____

Revised August 6, 2010                                      USDC- Oregon
Page 3                                                      Form #39.020

10.    Do you have any debts or financial obligations?    ☑ Yes    ☐ No

If "Yes" describe the amounts owed and to whom they are payable.

I owe the ODOC Medical Bills of $9,732
The Stat of Oregon $934.06

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint or $5.00 for a petition for writ of habeas corpus in accordance with the Prison Litigation Reform Act, P.L. 104-134 (110 Stat. 1321), Section 804(a)(to be codified at 28 U.S.C. § 1915(b)).

I declare under penalty of perjury that the above information is true and correct.

7-25-25
DATE

_Kyle CP Cloutier_
SIGNATURE OF APPLICANT

Kyle CP Cloutier
PRINTED NAME OF APPLICANT

Revised August 6, 2010
Page 4

USDC- Oregon
Form #39.020

HERRERAM                OREGON DEPARTMENT OF CORRECTIONS          OTRTASTA
            T R U S T   A C C O U N T   S T A T E M E N T      12.1.1.0.1.5 ODOC

DOC:  0021379424    Name: CLOUTIER, KYLE                  DOB: 08/16/1989
LOCATION: TRCI-14-14_40A

                                                   Max Date:
ACCOUNT BALANCES Total:        193.18  CURRENT:      193.18  HOLD:        0.00

                        01/15/2025      07/15/2025

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| 2101 AIC SPENDING ACCOUNT | 9.85 | 6.57 |
| 2102 GENERAL SAVINGS | 0.00 | 0.00 |
| 2105 RESERVE OPTICAL | 0.00 | 0.00 |
| 2113 TRANSITIONAL SAVINGS | 186.37 | 186.61 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE-OFF AMT |
|---|---|---|---|---|---|
| 1547 | DISCIPLINARY UA ADVANCE | 10252019 | 11.75 | 7.30 | 0.00 |
| FDISA | DISCIPLINARY FINES ADVANCE | 10252019 | 473.66 | 601.34 | 0.00 |
| REST | OJD - RESTITUTION, FINES & FEES | 03102020 | 939.06 | 185.18 | 0.00 |
| MDISA | MEDICAL DISCIPLINARY ADVANCE | 02232024 | 9732.07 | 3.77 | 0.00 |
| LCPRRA | LEGAL COPY PUB REQUEST ADVANCE | 09092024 | 8.00 | 0.00 | 0.00 |
| COPA | COPY ADVANCE | 02032025 | 0.00 | 1.60 | 0.00 |
| LPDOCA | LEGAL COPIES DOC ADVANCE | 09012022 | 27.90 | 1.10 | 0.00 |
| LPCCCA | LEGAL POSTAGE CCCF ADVANCE | 09022022 | 0.00 | 1.00 | 0.00 |
| MARIC | MARION COUNTY CIRCUIT COURT | 23CV40012 | 0.00 | 281.00 | 0.00 |
| DENA | DENTAL ADVANCE | 06132024 | 0.00 | 6.21 | 33.79 |
| LPSRCA | LEGAL POSTAGE SRCI ADVANCE | 02272025 | 4.44 | 0.00 | 0.00 |
| MARIC | MARION COUNTY CIRCUIT COURT | 24CV49595 | 114.29 | 166.71 | 0.00 |
| LPOSPA | LEGAL POSTAGE OSP ADVANCE | 10212024 | 6.44 | 0.00 | 0.00 |

        TRANSACTION DESCRIPTION --      COURT ORDERED OBLIGATIONS

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT |
|---|---|---|---|

        TRANSACTION DESCRIPTIONS --    2101 AIC SPENDING  SUB-ACCOUNT
                                               ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 01/15/2025 | CRS | CRS SAL ORD #10730797 | ( 5.70) | 4.15 |
| 01/29/2025 | CRS | CRS SAL ORD #10745098 | ( 3.23) | 0.92 |

CERTIFIED TRUE COPY

*M. Herrera*
Department of Corrections Official

Date: 7/18/25

HERRERAM                OREGON DEPARTMENT OF CORRECTIONS            OTRTASTA
                  T R U S T   A C C O U N T   S T A T E M E N T        12.1.1.0.1.5 ODOC

DOC:  0021379424    Name: CLOUTIER, KYLE                    DOB: 08/16/1989
LOCATION: TRCI-14-14_40A

                                                        Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 01/31/2025 | DED | Deduction-DENA-06132024 D D | ( 0.92) | 0.00 |
| 02/03/2025 | COPA | Copy Advance | 0.80 | 0.80 |
| 02/03/2025 | COP | Copy Debt | ( 0.80) | 0.00 |
| 02/05/2025 | INT1 | Interest Distribution | 0.74 | 0.74 |
| 02/05/2025 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.04) | 0.70 |
| 02/05/2025 | DED | Deduction-CLR-12232015 D D | ( 0.37) | 0.33 |
| 02/05/2025 | DED | Deduction-CLR-12232015 D D | 0.37 | 0.70 |
| 02/05/2025 | DED | Deduction-COPA-02032025 D D | ( 0.33) | 0.37 |
| 02/11/2025 | COPA | Copy Advance | 0.80 | 1.17 |
| 02/11/2025 | COP | Copy Debt | ( 0.80) | 0.37 |
| 02/25/2025 | LPDOCA | Legal Priority Copies DOC Advance | 0.50 | 0.87 |
| 02/25/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 0.50) | 0.37 |
| 02/27/2025 | LPSRCA | Legal Postage SRCI Advance | 0.74 | 1.11 |
| 02/27/2025 | LPSRC | Legal Postage SRCI Debt | ( 0.74) | 0.37 |
| 02/27/2025 | LPSRCA | Legal Postage SRCI Advance | 0.74 | 1.11 |
| 02/27/2025 | LPSRC | Legal Postage SRCI Debt | ( 0.74) | 0.37 |
| 02/28/2025 | DED | Deduction-COPA-02032025 D D | ( 0.37) | 0.00 |
| 03/04/2025 | INT1 | Interest Distribution | 0.73 | 0.73 |
| 03/04/2025 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.04) | 0.69 |
| 03/04/2025 | DED | Deduction-CLR-12232015 D D | ( 0.37) | 0.32 |
| 03/04/2025 | DED | Deduction-CLR-12232015 D D | 0.37 | 0.69 |
| 03/04/2025 | DED | Deduction-COPA-02032025 D D | ( 0.32) | 0.37 |
| 03/10/2025 | LPSRCA | Legal Postage SRCI Advance | 0.74 | 1.11 |
| 03/10/2025 | LPSRC | Legal Postage SRCI Debt | ( 0.74) | 0.37 |
| 03/10/2025 | LPSRCA | Legal Postage SRCI Advance | 0.74 | 1.11 |
| 03/10/2025 | LPSRC | Legal Postage SRCI Debt | ( 0.74) | 0.37 |
| 03/10/2025 | LPSRCA | Legal Postage SRCI Advance | 0.74 | 1.11 |
| 03/10/2025 | LPSRC | Legal Postage SRCI Debt | ( 0.74) | 0.37 |
| 03/10/2025 | LPSRCA | Legal Postage SRCI Advance | 0.74 | 1.11 |
| 03/10/2025 | LPSRC | Legal Postage SRCI Debt | ( 0.74) | 0.37 |
| 03/10/2025 | LPDOCA | Legal Priority Copies DOC Advance | 0.50 | 0.87 |
| 03/10/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 0.50) | 0.37 |
| 03/10/2025 | LPDOCA | Legal Priority Copies DOC Advance | 0.50 | 0.87 |
| 03/10/2025 | LPDOC | Legal Priority Copies DOC Debt | ( 0.50) | 0.37 |
| 03/31/2025 | DED | Deduction-COPA-02032025 D D | ( 0.37) | 0.00 |
| 04/02/2025 | INT1 | Interest Distribution | 0.72 | 0.72 |
| 04/02/2025 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.04) | 0.68 |
| 04/02/2025 | DED | Deduction-CLR-12232015 D D | ( 0.36) | 0.32 |

CERTIFIED TRUE COPY

M. Herrera
Department of Corrections Official

Date: 7|18|25

OREGON DEPARTMENT OF CORRECTIONS

T R U S T   A C C O U N T   S T A T E M E N T     12.1.1.0.1.5 ODOC

DOC: 0021379424    Name: CLOUTIER, KYLE       DOB: 08/16/1989

LOCATION: TRCI-14-14_40A

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 04/02/2025 | DED | Deduction-CLR-12232015 D D | 0.36 | 0.68 |
| 04/02/2025 | DED | Deduction-COPA-02032025 D D | ( 0.21) | 0.47 |
| 04/02/2025 | DED | Deduction-DENA-06132024 D D | ( 0.11) | 0.36 |
| 04/30/2025 | DED | Deduction-DENA-06132024 D D | ( 0.36) | 0.00 |
| 05/01/2025 | INT1 | Interest Distribution | 0.71 | 0.71 |
| 05/01/2025 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.04) | 0.67 |
| 05/01/2025 | DED | Deduction-CLR-12232015 D D | ( 0.36) | 0.31 |
| 05/01/2025 | DED | Deduction-CLR-12232015 D D | 0.36 | 0.67 |
| 05/01/2025 | DED | Deduction-DENA-06132024 D D | ( 0.31) | 0.36 |
| 05/30/2025 | DED | Deduction-FDISA-10252019 D D | ( 0.36) | 0.00 |
| 06/03/2025 | INT1 | Interest Distribution | 0.71 | 0.71 |
| 06/03/2025 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.04) | 0.67 |
| 06/03/2025 | DED | Deduction-CLR-12232015 D D | ( 0.36) | 0.31 |
| 06/03/2025 | DED | Deduction-CLR-12232015 D D | 0.36 | 0.67 |
| 06/03/2025 | DED | Deduction-FDISA-10252019 D D | ( 0.31) | 0.36 |
| 06/30/2025 | DED | Deduction-FDISA-10252019 D D | ( 0.36) | 0.00 |
| 07/02/2025 | INT1 | Interest Distribution | 0.71 | 0.71 |
| 07/02/2025 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.04) | 0.67 |
| 07/02/2025 | DED | Deduction-CLR-12232015 D D | ( 0.36) | 0.31 |
| 07/02/2025 | DED | Deduction-CLR-12232015 D D | 0.36 | 0.67 |
| 07/02/2025 | DED | Deduction-FDISA-10252019 D D | ( 0.31) | 0.36 |
| 07/15/2025 | ADMDEP | 04/23 Dental Reimbursement | 6.21 | 6.57 |

TRANSACTION DESCRIPTIONS --      2102 GENERAL    SUB-ACCOUNT
                                           SAVINGS

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|

TRANSACTION DESCRIPTIONS --      2105 RESERVE    SUB-ACCOUNT
                                           OPTICAL

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|

TRANSACTION DESCRIPTIONS --      2113 TRANSITIONAL    SUB-ACCOUNT
                                           SAVINGS

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 02/05/2025 | DED | Deduction-TRSA-29-JUN-18 D D | 0.04 | 186.41 |
| 03/04/2025 | DED | Deduction-TRSA-29-JUN-18 D D | 0.04 | 186.45 |
| 04/02/2025 | DED | Deduction-TRSA-29-JUN-18 D D | 0.04 | 186.49 |
| 05/01/2025 | DED | Deduction-TRSA-29-JUN-18 D D | 0.04 | 186.53 |
| 06/03/2025 | DED | Deduction-TRSA-29-JUN-18 D D | 0.04 | 186.57 |
| 07/02/2025 | DED | Deduction-TRSA-29-JUN-18 D D | 0.04 | 186.61 |

CERTIFIED TRUE COPY

M. Herrera
Department of Corrections Official

Date:    7|18|25

# AIC Trust Account
## Records Request

| Date of Request | 7-15-25 | | | Facility | TRCI | Unit / Bunk | 4-404 |
|---|---|---|---|---|---|---|---|
| AIC Name (*Print*) | Last Cloutier | First Kyle | MI CP | | | SID Number | 21579424 |

**Purpose of Request:**
☑ Legal Priority (Complete sections A & C; Section D must be completed by the Library Coordinator)    JUL 15 2025
☐ General (Complete sections B & C and submit to Business Services for processing)

**A**

I request a printout of my trust account statement for the time period indicated in section C. This request is made in accordance with the express order of:

**The court you are filing in:**

☐ The _____ County Circuit Court
☐ The Oregon Court of Appeals
☐ The Oregon Supreme Court
☒ The United States District Court
☐ The United States Court of Appeals for the Ninth Circuit
☐ The United States Supreme Court
☐ Other: _____

Case Number (if known): _____

**Type of document to be filed with the court:**

☐ Application for In Forma Pauperis
☒ Civil Rights Complaint (1983)
☐ Federal Habeas Corpus
☐ Mandamus Circuit Court
☐ Mandamus Supreme Court
☐ Post-Conviction Petition
☐ State Habeas Corpus
☐ Writ of Certiorari
☐ Other: _____

**B**

I request a printout of my trust account statement for the time period indicated in section C for the purpose of:   ☐ Replacement Statement   ☐ Other reason: _____

| **C** | Time Period(s) Requested | Beginning Date | End Date | Pages *Staff Use Only* |
|---|---|---|---|---|
| | | 1 / 15 / 25 | 7 / 15 / 25 | |

*You will be charged according to Trust Rule 291-158-0015 at the rate of .50¢ per page. If you do not Have sufficient funds or the request is not deemed legal priority, the request will be denied.*

I understand that in signing this AIC account statement request, I have consented to the withdrawal of funds from my account by the Oregon Department of Corrections in the amount stated on the request. I also understand and agree that if sufficient funds are not available in my Account at the time this withdrawal request is presented to the Department's Central Trust office (or field office) for processing, the Department Has my consent to continue to withdraw funds that may in the future be deposited into my general spending trust account, without prior notice Or hearing, until it has recovered funds sufficient to satisfy the amount stated on the withdrawal request.

AIC Signature: _____

**D**

**Library Coordinator Review**

PRIORITY LEGAL

☑ Request approved, meets legal priority criteria.    ☐ Request denied, does not meet legal priority criteria.

If approved, a certified copy of the trust account statement will be provided.

**Financial Services Staff Use Only**

| ☒ Approved / trust account statement attached. | Total number of pages produced | 3 |
|---|---|---|
| | Charge per page | $ .50 |
| ☐ Denied / AIC does not have sufficient funds for this request (and is not legal priority). | Total amount to be charged to AIC's trust account | $ 1-50 |
| Staff responding to request    H | | Date   7\18\25 |

CD1803 (7/2020)