

ADDENDUM (ADDING)

Name, Address,
E-mail, & Phone

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Kyle curtisPatrick CLOUTIER
#21379424             Plaintiff(s),

v.

State of oregon   Defendant(s).

Case No.: 2:25-CV-01317-SB

**MOTION FOR APPOINTMENT
OF PRO BONO COUNSEL**

I, Kyle curtisPatrick Cloutier , move for the appointment of pro bono counsel.

To support this motion, I declare under penalty of perjury that (check one):

☑ I have been granted, or have applied for, permission to proceed *in forma pauperis*.

☑ I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of
my poverty (describe below): I HAVE NOTHING IN MY NAME TO PAY FOR ANYTHING, I AM
I DOCUMENTED PERSON WITH SERIOUS MENTAL DISABILITES) AND LERNING
DISABILITES. I SUFFER WITH SERIOUS MENTAL ILLNESS THAT I DEAL WITH
EVERY DAY.

I need appointed counsel to assist me because (describe below): I DO NOT KNOW WHAT I AM DOIN
-G WITHOUT HELP I WILL NOT GET THE JUST HELP I NEED TO SEEK HELP WITH THE
MALE HARM & INJURY DONE TOO ME. M LEARING DISABILITES) I'VE HAD MY HOLE LIFE
NOT COUNTING MY SERIOUS MENTAL HEALTH ILLNESS(S) PREVENT ME FROM UNDERSTANDING.
I BEG THIS HOROBLE COURT TOO DO WHATS JUST AND RIGHT. PLEAS I BEG YOU HELP ME.

_____        7-31-25
Signature                        Date

Kyle curtisPatrick Cloutier
Printed Name

Form 39.151

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☑ Yes  ☐ No

   If you answered yes, where are you are incarcerated?  TRCI 82911 BEACH ACCESS RD Umatilla OR 97882

2. Are you currently employed?  ☐ Yes  ☑ No

   **If you are employed:**

   List your employer's name:  _____

   List your employer's address:  _____

   _____

   Amount of take-home pay:  $_____ per _____ (hour, day, week, month)

   **If you are not employed:**

   Name your last employer:  _____

   Last employer's address:  _____

   _____

   Date of last employment:  _____

   Amount of take-home pay:  $_____ . per _____ (hour, day, week, month)

3. Is your spouse or significant-other employed?  ☐ Yes  ☐ No  ☑ Not Applicable

   Name of employer:  _____

   Employer's address:  _____

   _____

   Date of last employment:  _____

   Amount of take-home pay:  $_____ per _____ (hour, day, week, month)

4. Have you received money from any of the following sources in the last 12 months?

   - Business, professions, or other self-employment:

     ☐ Yes  Amount Received: $_____  Amount expected in future: $_____
     ☑ No

   - Rent payments, interest, or dividends:

     ☐ Yes  Amount Received: $_____  Amount expected in future: $_____
     ☑ No

Form 39.151

- **Pensions, annuities, or life insurance payments:**

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☑ No

- **Disability or workers compensation payments:**

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☑ No

- **Gifts or inheritances:**

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☑ No

- **Any other sources:**

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☑ No

5. **Do you have cash or savings accounts, including prison trust accounts?**

   ☑ Yes    Total amount: $ 186.32 ¢

   ☐ No

6. **Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?**  ☐ Yes (describe below) ☑ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

7. **Do you have any other assets?**  ☐ Yes (describe below) ☑ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Form 39.151**

8. Do you have monthly expenses, including housing, transportation, utility, judgments, loan payments, or other regular expenses? ☐ Yes (describe below) ☑ No

| Expense Description | Estimated Monthly Payment |
|---|---|
| | |
| | |
| | |
| | |
| | |

9. List the persons (or, if under 18, initials only) who are dependent on you for support:

| Name or Minor's Initials | Relationship (Spouse, child, parent, etc.) | Amount of Monthly Support Your Provide |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

10. Do you have any debts or financial obligations? ☑ Yes (describe below) ☐ No

I owe the Prison and THIS Respected court

Signature _____    Date 7-31-25

Printed Name Kyle Curtis Patrick Cloutier

Form 39.151

# CERTIFICATE OF SERVICE

CASE NAME: Kyle Curtis Patrick Clortier v. State of Oergen Doe

CASE NUMBER: (if known) 2:25-CV-01317-SB

COMES NOW, Kyle Curtis Patrick Clortier , and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Two Rivers Correctional Institution. **(TRCI)**

That on the 4 day of August , **2025**, I personally gave Two Rivers Correctional Institution's e-filing service a true copy OF THE FOLLOWING:

| | |
|---|---|
| **1.** | notion for Appointment of cancel |
| **2.** | Motion for Appointment of pro Bono Counsel |
| **3.** | |
| **4.** | |
| **5.** | |
| **6.** | |
| **7.** | |
| **8.** | |
| **9.** | |
| **10.** | |
| **11.** | |
| **12.** | |
| **13.** | |
| **14.** | |
| **15.** | |

(Signature)

Print Name: Kyle Clortier

SID #: 21329424

Page 1 of 1 – Certificate of Service