Print Name: Kyle Curtis Patrick Cloutier
Sid #: 21379424
TRCI 82911
Beach Access RD.
umatilla OR 97882

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF OREGON

Kyle Curtis Patrick Cloutier #2137424 )
                                      )
          Plaintiff          ,        )    Case No. 2:25-CV-01317-SB
                                      )
v.                                    )    **MOTION FOR APPOINTMENT**
                                      )    **OF COUNSEL**
State of Oregon                       )        ADDENDUM (ADDING
                                      )
          Defendant.         .        )    18 USC § 3006A(2)(B)
                                      )
                                      )

**1.**

COMES NOW, the Plaintiff, a prisoner not represented by counsel in the above entitled

matter and, pursuant to 18 U.S.C. § 3006A (2)(B), respectfully requests this Court for its order

appointing counsel to represent plaintiff in this matter. This motion is supported by a Motion to

Proceed Informa Pauperis and an Application to Proceed In Forma Pauperis, the Plaintiff's Six

Month Trust Statement is attached.

**2.**

Plaintiff believes that he is entitled to relief sought and if able would retain counsel on

his/her own if financially able, to protect his interests.

Page 1 of 2– Motion for Appointment of Counsel                    Form 39.150

**3.**

The interests of justice would be best served if an attorney would be appointed to the

Plaintiff.

Dated this __31__ day of ____July____ 20_25_.

Respectfully Submitted,

_____
(Signature)
Print Name: _Kyle Curtis Patrick Cloutier_
Sid #: _21370424_
_TRCI 82911 Beach Access RD._
_Umatilla OR_
_____ _97882_

# Nevada Psychiatric Clinic, LLC

## Saleha K. Baig, MD

4570 South Eastern Avenue, Suite C-27
Las Vegas, NV. 89119
Phone 702-365-9006 and Fax 702-365-9088

Date: 03/10/2025

To whom this may concern,

This is in regards to my patient Kyle Cloutier DOB: 08/16/1989 he was born in Las Vegas and was first seen by me when he was 6 y/o. He left Las Vegas at the age of 20, he has 2 brothers one older and one younger both also patients of mine. Kyle was treated by me for 12 years and was originally diagnosed with ADHD, ODD, Bipolar Disorder, Impulse control disorder, depression and PTSD. He had a closed head injury at the age of 2 as he fell from a wall. He was treated with Adderall, Ritalin, Dexedrine, Wellbutrin and Lithium. He was in special ed throughout his school years and got his GED in prison. He has severe learning issues and does not understand the consequences of his behavior. He was in 2 long-term facilities at RTC; he did 6 months in Arizona and 1 year in Utah. He's been to Spring mountain youth camp, Desert Willow and Monte Vista. He's been treated multiple times at many different hospitals. He was hyperactive, fidgety, restless, unfocused, scattered, disorganized, bored easily, procrastinating, very moody, impulsive, impatient, violent, he was a dare devil and he would go from being sad to anxious to angry. As a child he was verbally and physically to his peers. After the age of 18 he stopped his medication and started doing drugs; he did meth, heroin and alcohol. He was involved with illegal activities: car theft, burglary etc. He was found with a stolen vehicle 2 years ago and has been incarcerated ever since.

If you have any further questions, please don't hesitate to call me at 702-365-9006.

Saleha K. Baig, MD
License NV7977

Page 4 of 4