Case 2:25-cv-01317-SB    Document 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KYLE CURTIS PATRICK CLOUTIER,

PLAINTIFF,                                    Case No. 2:25-CV-01317-SB

V.                                            Motion for DAMGAES and Damages
                                              sought for.

STATE OF OREGON et al;

Defendants,

The Plaintiff in this case seek 300 MILLION is Damages from Defendants in this case in order to Resolve the nature of this Civil Rights violation(s).

Page 1 of 1                    ⓘ

# CERTIFICATE OF SERVICE

**CASE NAME:** Kyle Curtis Patrick Cloutier v. State of Oregon

**CASE NUMBER:** (if known) 2:25-CV-01317-SB

COMES NOW, Kyle Curtis Patrick Cloutier , and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Two Rivers Correctional Institution. **(TRCI)**

That on the 25 day of August , **2025**, I personally gave Two Rivers Correctional Institution's e-filing service a true copy OF THE FOLLOWING:

1. Waiver of Service form
2. Motions for Damages and Damages Sought for
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 

_____
(Signature)

Print Name: Kyle Cloutier

SID #: 21379424

Page 1 of 1 – Certificate of Service