## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**KYLE CURTIS PATRICK CLOUTIER**                    Case No.: 2:25–cv–01317–SB
   **Plaintiff(s),**

**v.**                                                                **PRO BONO APPOINTMENT**
                                                                      **RESPONSE FORM**

**STATE OF OREGON, et al.**
   **Defendant(s).**

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Kyle Curtis Patrick Cloutier for the purpose of discussing potential early resolution with Defendants' counsel, and filing an amended complaint is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☒ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

   We are still finalizing court-appointed pro bono representation in case number
   3:20-cv-01935, and we lack adequate expertise in the specific subject matter
   of this action, and have been unable to secure pro bono co-counsel to assist
   us in the representation.

☐ I request a 14–day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

_____

_____

**DATED** this   29   day of  August, 2025 
.

                    s/ Michael Fuller
                    Signature
                    Michael Fuller, OSB No. 093570
                    Printed Name and Oregon State Bar No.