## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**KYLE CURTIS PATRICK CLOUTIER**
    **Plaintiff(s),**

**v.**

**STATE OF OREGON, et al.**
    **Defendant(s).**

**Case No.: 2:25−cv−01317−SB**

**ORDER CONDITIONALLY APPOINTING PRO BONO COUNSEL FOR SPECIFIC PURPOSE**

The Court hereby grants Kyle Curtis Patrick Cloutier's Motion to Appoint Counsel [4] and conditionally appoints Kelly L. Andersen as counsel of record for the purpose of discussing potential early resolution with Defendants' counsel, and filing an amended complaint.

Within 14 days of the date of this Order, the appointed attorney/law firm must file the Pro Bono Appointment Response Form with the Court with the appropriate option checked.

If representation is denied due to a conflict of interest or other specified reason, the appointment will be terminated and the Court may appoint substitute counsel.

Upon completion of the specified reason for appointment, the appointed attorney/law firm must file the Notice of Completion of Pro Bono Appointment with the appropriate option checked.

Contact the Pro Bono Panel Administrator to be paired with a mentor attorney, to obtain a copy of the Guide for Representing Prisoners, or for more information regarding reimbursement of out−of−pocket expenses, procedures, and forms. Additional information can also be found on the Court's website.

**DATED** this 8th day of September, 2025

/s/Stacie F. Beckerman

Honorable Stacie F. Beckerman
United States Magistrate Judge.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **KYLE CURTIS PATRICK CLOUTIER** | **Case No.: 2:25–cv–01317–SB** |
| **Plaintiff(s),** | |
| **v.** | **PRO BONO APPOINTMENT** |
| | **RESPONSE FORM** |
| **STATE OF OREGON, et al.** | |
| **Defendant(s).** | |

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Kyle Curtis Patrick Cloutier for the purpose of discussing potential early resolution with Defendants' counsel, and filing an amended complaint is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

☐ I request a 14–day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

**DATED** this _____ day of _____ _____
.

_____
Signature

_____
Printed Name and Oregon State Bar No.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**KYLE CURTIS PATRICK CLOUTIER**
   **Plaintiff(s),**

**v.**

**STATE OF OREGON, et al.**
   **Defendant(s).**

**Case No.: 2:25–cv–01317–SB**

**NOTICE OF COMPLETION OF PRO BONO APPOINTMENT (SPECIFIC APPOINTMENTS ONLY)**

   As counsel of record appointed to represent Kyle Curtis Patrick Cloutier under the Pro Bono Program for the United States District Court, District of Oregon, I hereby certify that:

   ☐ Representation of Kyle Curtis Patrick Cloutier for the specific purpose of discussing potential early resolution with Defendants' counsel, and filing an amended complaint has been completed; therefore, my representation under the Pro Bono Program is concluded and termination of the appointment is requested; or

   ☐ I accept full representation of Kyle Curtis Patrick Cloutier and will remain as counsel of record for the duration of the case.

   **DATED** this _____ day of _____ _____ .

_____
Signature

_____
Printed Name and Oregon State Bar No.