# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**KYLE CURTIS PATRICK CLOUTIER**
    **Plaintiff(s),**

**v.**

**STATE OF OREGON, et al.**
    **Defendant(s).**

Case No.: 2:25−cv−01317−SB

**PRO BONO APPOINTMENT RESPONSE FORM**

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Kyle Curtis Patrick Cloutier for the purpose of discussing potential early resolution with Defendants' counsel, and filing an amended complaint is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☒ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):
    <u>I don't have sufficient time to devote to this case after having spent many hours recently on another federal pro bono case.</u>

☐ I request a 14−day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

_____

_____

DATED this __12th__ day of __September 2025__

_____
Signature

Kelly L. Andersen
_____
Printed Name and Oregon State Bar No.