## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**KYLE CURTIS PATRICK CLOUTIER**
  **Plaintiff(s),**

**v.**

**STATE OF OREGON, et al.**
  **Defendant(s).**

**Case No.: 2:25–cv–01317–SB**


**ORDER TERMINATING PRO BONO APPOINTMENT**

Upon notice to the Court that the appointed attorney/law firm has declined representation,

IT IS HEREBY ORDERED that the Court terminates the appointment of Kelly L. Andersen as *Pro Bono* counsel for Kyle Curtis Patrick Cloutier .

Kyle Curtis Patrick Cloutier is to proceed *pro se* without appointed counsel.

The Clerk is directed to serve a copy of this order upon Kyle Curtis Patrick Cloutier .

**DATED** this 15th day of September, 2025    /s/Stacie F. Beckerman

Honorable Stacie F. Beckerman
United States Magistrate Judge.