Print Name: Kyle Curtis Patrick Cloutier
Sid #: 21379474
TRCI 82411
Beach Access RD.
umatilla OR 97882

# IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF OREGON

Kyle curtis Patrick, Cloutier #21379424 )
Plaintiff         , )
)
v.                 )
)
State of Oregon     )
Defendant.    )
)
)

Case No. 2:25-CV-01317-SB

**MOTION FOR APPOINTMENT
OF COUNSEL**
ADDENDUM (ADDING

**18 USC § 3006A(2)(B)**

**1.**

COMES NOW, the Plaintiff, a prisoner not represented by counsel in the above entitled

matter and, pursuant to 18 U.S.C. § 3006A (2)(B), respectfully requests this Court for its order

appointing counsel to represent plaintiff in this matter. This motion is supported by a Motion to

Proceed Informa Pauperis and an Application to Proceed In Forma Pauperis, the Plaintiff's Six

Month Trust Statement is attached.

**2.**

Plaintiff believes that he is entitled to relief sought and if able would retain counsel on

his/her own if financially able, to protect his interests.

Page 1 of 5 – Motion for Appointment of Counsel                Form 39.150

I, kyle curtis patrick Cloutier #21379424 am a person that suffers from extreme mental Health issues and other Debilitating Forms of Disabilite(s).

The Disabilite(s) I suffer from follow and ARE "PROTECTED" By (ADA) Americans with Disabilitie's Act. I am a Person that Knows veary little to nothing about the LAW. I am limited formal education, Difficulty with English language luck of computer literacy, Phyical disaboility and other set backs that, without this Respect & Honorable courts Help and protection. AND in Pointment of a ATTORNEY That specialized in fedrival 1983 civil complaint.

I strongly believe my Right's under the US. constitution will keep being violated and The Malie sadiste wantar Neglegent will go on-ANWSered for what I went thraugh.

I have done everything in my power to speek out. I Ask this Honorable court to appoint The LAW office of KATHARINE EDWARDS Due too, this ATTORNEY is Handling my "HABEAS CORPUS CONDISHONS of CONFINEMENT) CASE NO. #24CV44595. MSS. EDWARDS is up too Date with everything in this case and will save this Respect court time and monie and will have my best intrest at heart.

I am sorry this Fileing is Late I was told to fire when I get my case No. 2:25-CV-01317-SB for my 1983 fedrival civil Complaint. Again I have Documented person with the (ADA) So I don't Know anything about Law other then what Im told. So with out the help I ask Respectfully I will Never get Justice I so Despertley seek

Page. 2 of 5 - Motion for APPointment of counsel

**3.**

The interests of justice would be best served if an attorney would be appointed to the

Plaintiff.

Dated this __12__ day of ___September___ 20_15_.

Respectfully Submitted,

_____
(Signature)
Print Name: __Kyle Curtis Patrick Cloutier__
Sid #: __21374424__
TRCI 82911 Beach Access RD.
Umatilla OR
_____ 97882

# Nevada Psychiatric Clinic, LLC

## Saleha K. Baig, MD

4570 South Eastern Avenue, Suite C-27
Las Vegas, NV. 89119
Phone 702-365-9006 and Fax 702-365-9088

Date: 03/10/2025

To whom this may concern,

This is in regards to my patient Kyle Cloutier DOB: 08/16/1989 he was born in Las Vegas and was first seen by me when he was 6 y/o. He left Las Vegas at the age of 20, he has 2 brothers one older and one younger both also patients of mine. Kyle was treated by me for 12 years and was originally diagnosed with ADHD, ODD, Bipolar Disorder, Impulse control disorder, depression and PTSD. He had a closed head injury at the age of 2 as he fell from a wall. He was treated with Adderall, Ritalin, Dexedrine, Wellbutrin and Lithium. He was in special ed throughout his school years and got his GED in prison. He has severe learning issues and does not understand the consequences of his behavior. He was in 2 long-term facilities at RTC; he did 6 months in Arizona and 1 year in Utah. He's been to Spring mountain youth camp, Desert Willow and Monte Vista. He's been treated multiple times at many different hospitals. He was hyperactive, fidgety, restless, unfocused, scattered, disorganized, bored easily, procrastinating, very moody, impulsive, impatient, violent, he was a dare devil and he would go from being sad to anxious to angry. As a child he was verbally and physically to his peers. After the age of 18 he stopped his medication and started doing drugs; he did meth, heroin and alcohol. He was involved with illegal activities: car theft, burglary etc. He was found with a stolen vehicle 2 years ago and has been incarcerated ever since.

If you have any further questions, please don't hesitate to call me at 702-365-9006.

Saleha K. Baig, MD
License NV7977

Page 4 of 5    Motion for Appointment of Counsel

Your Honorable Judge Stacie F. Beckerman and this Honorable Court. Respectfully am asking this court to please appoint me another PRO BONO COUNSEL.

This Respected court appointed me Pro Bono counsel that Could not handle my case. So they removed them selfs.
Because I do NOT, understand how to move forward in bringing my case before this Honorable court and I am given veary little, too, NO help. Then the people who try too help me, Don't know anymore then me.
To make things worse in my behalf, I suffer from serious Mental illness and other Disability's and learning Disability's to the point, I Shutdown with stress.
I Don't know or understand law, without assets to retain counsel, limited experience doing legal work to none, limited formal education, difficulty with the English language and physical disability (TBI) TRAMATIC Brain injury.

I Respectfully ASK this Honorable court to appoint me a ATTORNEY again, so that I have a chance to Right the wrongs done too me and so I can have peace of mind that everything was done possibile to protect my Rights as a american with Disabilitys.

Resectfully Scmmited,

Page 5 of 5 Motion for Appointment of Cansel

# CERTIFICATE OF SERVICE

**CASE NAME:** Kyle Curtis patrick Cloutier    v. State of Oregon

**CASE NUMBER:** (if known) 2:25-cv-01317-SB

COMES NOW, Kyle Curtis patrick Cloutier , and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Two Rivers Correctional Institution. **(TRCI)**

That on the 12 day of September , 2025, I personally gave Two Rivers Correctional Institution's e-filing service a true copy OF THE FOLLOWING:

| 1. | Motion for Appointment of Councel |
|----|-----------------------------------|
| 2. | motion for Appointment of pro Bono Counsel |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |

_____
(Signature)

Print Name: Kyle Cloutier

SID #: 21379424

Page 1 of 1 – Certificate of Service

*ADDENDUM (ADDING)*

Name, Address,
E-mail, & Phone

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Kyle CurtisPatrick CLOUTIER
#21379424                 Plaintiff(s),

v.

State of Oregon     Defendant(s).

Case No.: 2:25-CV-01317-SB

**MOTION FOR APPOINTMENT
OF PRO BONO COUNSEL**

I, Kyle CurtisPatrick Cloutier , move for the appointment of pro bono counsel.

To support this motion, I declare under penalty of perjury that (check one):

☑ I have been granted, or have applied for, permission to proceed *in forma pauperis*.

☑ I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of
my poverty (describe below): I HAVE NOTHING IN MY NAME TO PAY FOR ANYTHING, I AM
I DOCUMENTED PERSON WITH SERIOUS MENTAL DISABILITES) AND LERNING
DISABILITES. I SUFFER WITH SERIOUS MENTAL ILLNESS THAT I DEAL WITH
EVERY DAY.

I need appointed counsel to assist me because (describe below): I DO NOT KNOW WHAT I AM DOIN-
G WITH OUT HELP I WILL NOT GET THE JUST HELP I NEED TO SEEK HELP WITH THE
MALIC HARM & INJURY DONE TOO ME. M LEARING DISABILITES) I'VE HAD MY HOLE LIFE
NOT COUNTING MY SERIOUS MENTAL HEALTH ILLNESS(S) PREVENT ME FROM UNDERSTANDING,
I BEG THIS HOROBLE COURT TOO DO WHATS JUST AND RIGHT. PLEAS I BEG YOU! HELP ME.

_____     9-12-25
Signature                   Date

Kyle CurtisPatrick CLOUTIER
Printed Name

**Form 39.151**

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR APPOINTMENT OF PRO BONO COUNSEL**

I answer the following questions under penalty of perjury:

1. **Are you currently incarcerated?** ☑ Yes ☐ No

   If you answered yes, where are you are incarcerated? TRCI 82911 BEACH ACCESS RD Umatilla OR 97882

2. **Are you currently employed?** ☐ Yes ☑ No

   **If you are employed:**

   List your employer's name: _____

   List your employer's address: _____

   _____

   Amount of take-home pay: $_____ per _____ (hour, day, week, month)

   **If you are not employed:**

   Name your last employer: _____

   Last employer's address: _____

   _____

   Date of last employment: _____

   Amount of take-home pay: $_____ per _____ (hour, day, week, month)

3. **Is your spouse or significant-other employed?** ☐ Yes ☐ No ☑ Not Applicable

   Name of employer: _____

   Employer's address: _____

   _____

   Date of last employment: _____

   Amount of take-home pay: $_____ per _____ (hour, day, week, month)

4. **Have you received money from any of the following sources in the last 12 months?**

   • **Business, professions, or other self-employment:**

   ☐ Yes    Amount Received: $_____ Amount expected in future: $_____

   ☑ No

   • **Rent payments, interest, or dividends:**

   ☐ Yes    Amount Received: $_____ Amount expected in future: $_____

   ☑ No

**Form 39.151**

- Pensions, annuities, or life insurance payments:

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☑ No

- Disability or workers compensation payments:

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☑ No

- Gifts or inheritances:

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☑ No

- Any other sources:

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☑ No

5. Do you have cash or savings accounts, including prison trust accounts?

   ☑ Yes    Total amount: $ 186.32 ¢

   ☐ No

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?  ☐ Yes (describe below) ☑ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

7. Do you have any other assets?  ☐ Yes (describe below) ☑ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Form 39.151

8. Do you have monthly expenses, including housing, transportation, utility, judgments, loan payments, or other regular expenses? ☐ Yes (describe below) ☑ No

| Expense Description | Estimated Monthly Payment |
|---|---|
| | |
| | |
| | |
| | |
| | |

9. List the persons (or, if under 18, initials only) who are dependent on you for support:

| Name or Minor's Initials | Relationship (Spouse, child, parent, etc.) | Amount of Monthly Support Your Provide |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

10. Do you have any debts or financial obligations? ☑ Yes (describe below) ☐ No

I owe the Prison and THIS Respected court

Signature _____

Date 9-12-25

Printed Name Kyle Curtis Patrick Cloutier

Form 39.151

# CERTIFICATE OF SERVICE

**CASE NAME:** Kyle Curtis patrick Cloutier    v. State of Oregon

**CASE NUMBER:** (if known) 2:25-CV-01317-SB

COMES NOW, Kyle curtis patrick Cloutier , and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Two Rivers Correctional Institution. **(TRCI)**

That on the 12 day of September , 2025, I personally gave Two Rivers Correctional Institution's e-filing service a true copy OF THE FOLLOWING:

1. Motion for Appointment of Council
2. motion for Appointment of Pro Bono Counsel
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 

_____
(Signature)

Print Name: Kyle Cloutier

SID #: 21379424

Page 1 of 1 – Certificate of Service