DAN RAYFIELD
Attorney General
EDWARD 'JAKE' MILLER  #232113
Assistant Attorney General
Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  jake.miller@doj.oregon.gov

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KYLE CURTIS PATRICK CLOUTIER,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF REGON, OREGON DEPARTMENT OF CORRECTIONS, OSP STAFF BHS TANAY WELEBR, OSP BHS STAFF NINA V., OSP SUPERINTENDENT CORY F., OSP MEDICAL STAFF HIDY MILLER, JOHN AND JANE DOE 1-5,<br><br>Defendants. | Case No.  2:25-cv-1317 SB<br><br>STATE DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CIVIL COMPLAINT FOR DAMAGES |

The State of Oregon, Oregon Department of Corrections, Tanya Weleber, Nina Volkova, Corey Fhuere, and Heidi Miller (collectively "State Defendants"), by and through the undersigned, in response to Plaintiff's Civil Complaint for Damages, admits, denies, and alleges as follows – and where any allegation is not expressly admitted, State Defendants' Answer should be construed as a denial:

Page 1 -    STATE DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CIVIL COMPLAINT FOR DAMAGES
JM9/da3/997660317

1.

State Defendants are without sufficient knowledge as to the truth of the allegations in paragraphs 1 and 2 on page 2 of Plaintiff's Complaint, pending investigation and discovery, and therefore deny those allegations.

2.

State Defendants admit to the allegations in paragraph 3 on pg. 2 of Plaintiff's Complaint.

3.

State Defendants are without sufficient knowledge as to the truth of the allegations in paragraphs 4 and 5 on page 2 of Plaintiff's Complaint, pending investigation and discovery, and therefore deny those allegations.

4.

Regarding Paragraph 6 on page 3 of Plaintiff's Complaint, this paragraph requests relief and State Defendants request the Court deny those requests. To the extent this paragraph is found to contain factual allegations, State Defendants deny those allegations.

5.

State Defendants admit that jurisdiction and venue are appropriate as stated in paragraphs 7 and 8 on page 3 of Plaintiff's Complaint.

6.

State Defendants admit to the allegations in paragraph 9 on page 3 of Plaintiff's Complaint.

7.

State Defendants admit to the allegations in paragraphs 10 through 14 on pages 3 through 4 of Plaintiff's Complaint and paragraph 20 on page 5 of Plaintiff's Complaint. State Defendants deny paragraphs 15 through 19 on pages 4 through 5 of Plaintiff's Complaint. Regarding paragraphs 11 through 20 on pages 4 and 5 of Plaintiff's Complaint, State Defendants expressly

Page 2 -    STATE DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
            CIVIL COMPLAINT FOR DAMAGES
JM9/da3/997660317

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(971) 673-1880 / Fax: (971) 673-5000

reserve the right to move against the Complaint's inclusion of State Defendants in their individual and/or official capacities, pending further investigation and discovery.

8.

State Defendants admit that Tanya Weleber, Nina Volkova, Corey Fhuere, and Heidi Miller were ODOC employees at all times relevant to the Complaint, as alleged in 21 on page 5 of Plaintiff's Complaint. State Defendants are without sufficient knowledge, pending investigation and discovery as to the truth of the remainder of the allegations in this paragraph and therefore denies them.

9.

State Defendants are without sufficient knowledge, pending investigation and discovery as to the truth of the allegations in paragraphs 1 through 33 on pages 5 through 13 of Plaintiff's Complaint and therefore denies them.

10.

Regarding paragraph 34 on page 13 of Plaintiff's Complaint, that paragraph requests relief and State Defendants' request the Court deny those requests. To the extent this paragraph is found to contain factual allegations, State Defendants deny those allegations.

11.

State Defendants are without sufficient knowledge, pending investigation and discovery as to the truth of the allegations in paragraph 35 on page 14 of Plaintiff's Complaint and therefore denies them.

12.

Regarding paragraphs 36-38 on page 14 of Plaintiff's Complaint, State Defendants deny Plaintiff's medical conditions have gone unaddressed by State Defendants. The remainder of these paragraphs are requests for relief and State Defendants request the Court deny these requests. To the extent this paragraph is found to contain factual allegations, State Defendants deny those allegations.

Page 3 -   STATE DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CIVIL COMPLAINT FOR DAMAGES
JM9/da3/997660317

13.

State Defendants are without sufficient knowledge, pending investigation and discovery as to the truth of the allegations in paragraphs 39-41 on page 15 of Plaintiff's Complaint and therefore denies them.

14.

Paragraph 42 on Page 15 of Plaintiff's Complaint is a legal conclusion and therefore requires no response. To the extent a response is required, State Defendants are without sufficient knowledge, pending investigation and discovery as to the allegation regarding Plaintiff's access to proper medical/mental health care and the alleged violation of Plaintiff's United States Constitutional rights and therefore denies those allegations. To the extent this paragraph is found to contain factual allegations requiring a response, State Defendants deny the allegations.

15.

State Defendants are without sufficient knowledge, pending investigation and discovery as to the truth of the allegations in paragraphs 43-47 on page 16 of Plaintiff's Complaint and therefore denies them.

16.

To the extent not admitted above, State Defendants deny each and every allegation of Plaintiff's Complaint. To the extent not addressed above, State Defendants request the court deny each and every prayer for relief in Plaintiff's Complaint pending investigation and discovery.

Page 4 -    STATE DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
CIVIL COMPLAINT FOR DAMAGES
JM9/da3/997660317

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(971) 673-1880 / Fax: (971) 673-5000

## FIRST AFFIRMATIVE DEFENSE
(Prison Litigation Reform Act)

17.

State Defendants incorporate herein the admissions, denials, and allegations set forth above.

18.

State Defendants assert all provisions of the Prison Litigation Reform Act (PLRA) to plaintiff's claims in his First Amended Complaint.

## SECOND AFFIRMATIVE DEFENSE
(*Respondent Superior*)

19.

State Defendants incorporate herein the admissions, denials, and allegations set forth above.

20.

State officials are not liable under 42 U.S.C. § 1983 on a respondent superior theory. Monell v. Dep't of Soc. Serv.s of City of New York, 436 U.S. 658, 691-94 (1978); Ashcroft v. Iqbal, 556 U.S. 662, 676 (2009); King v. Atiyeh, 814 F.2d 565, 568 (9th Cir. 1987) overruled on other grounds by Lacey v. Maricopa County, 693 F.3d 896, 925 (9th Cir. 2012); Taylor v. List, 880 F.2d 1040, 1045 (9th Cir. 1989).

## THIRD AFFIRMATIVE DEFENSE
(Qualified Immunity)

21.

State Defendants incorporate herein the admissions, denials, and allegations set forth above.

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(971) 673-1880 / Fax: (971) 673-5000

22.

State Defendants allege that at all times relevant to Plaintiff's Complaint, they were acting in good faith and within their discretion pursuant to the laws and statutes of the State of Oregon and the United States, and their conduct violated no clearly established statutory or constitutional rights of which a reasonable official would have knowledge.

## FOURTH AFFIRMATIVE DEFENSE
(Failure to Mitigate)

23.

State Defendants incorporate herein the admissions, denials, and allegations set forth above.

24.

State Defendants assert failure to mitigate defenses, subject to investigation and discovery, that Plaintiff failed to mitigate his own alleged damages and harms.

## FIFTH AFFIRMATIVE DEFENSE
(Intervening or Superseding Cause)

25.

State Defendants incorporate herein the admissions, denials, and allegations set forth above.

26.

State Defendants assert intervening or superseding cause defenses, subject to investigation and discovery, that Plaintiff's own actions or omissions are intervening or superseding causes of his own alleged damages and harms.

Page 6 -    STATE DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CIVIL COMPLAINT FOR DAMAGES
JM9/da3/997660317

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(971) 673-1880 / Fax: (971) 673-5000

## RESERVATION OF ADDITIONAL DEFENSES

State Defendants reserve the right to assert additional defenses as they become known throughout investigation and discovery.

27.

## JURY DEMAND

State Defendants demand a jury trial pursuant to Fed. R. Civ. P. 38(b).

**WHEREFORE**, having fully answered Plaintiff's Complaint, State Defendants pray for a judgment in favor of State Defendants against Plaintiff, dismissing Plaintiff's Complaint in its entirety and awarding State Defendants its costs and disbursements incurred herein, and for such other and further relief as the Court may deem appropriate.

DATED October  8 , 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Edward 'Jake' Miller*
EDWARD 'JAKE' MILLER #232113
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
jake.miller@doj.oregon.gov
Of Attorneys for State Defendants

Page 7 -  STATE DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CIVIL COMPLAINT FOR DAMAGES
JM9/da3/997660317

## CERTIFICATE OF SERVICE

I certify that on October  8 , 2025, I served the foregoing **STATE DEFENDANTS'**

**ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CIVIL COMPLAINT**

**FOR DAMAGES** upon the parties hereto by the method indicated below, and addressed to the

following:

Kelly L Andersen               \_\_\_ HAND DELIVERY
Kelly L Andersen PC         X MAIL DELIVERY
1730 East McAndrews Road, #A     \_\_\_ OVERNIGHT MAIL
Medford, OR 97504             \_\_\_ TELECOPY (FAX)
       *Of Attorneys for Plaintiff*       \_\_\_ E-MAIL
                                    X E-SERVE

                              *s/ Edward 'Jake' Miller*
                             EDWARD 'JAKE' MILLER #232113
                             Assistant Attorney General
                             Trial Attorney
                             Tel (971) 673-1880
                             Fax (971) 673-5000
                             jake.miller@doj.oregon.gov
                             Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
         JM9/da3/997658204

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(971) 673-1880 / Fax: (971) 673-5000