Print Name: Kyle Curtis Patrick Cloutier
Sid #: 21379424
TRCI 82611
Beach Access RD.
Umatilla OR 97882

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF OREGON

Kyle Curtis Patrick Cloutier #21379424 )
Plaintiff       ,       )
                        )
v.                      )
                        )
State of Oregon         )
            Defendant.  )
                        )
_____)

Case No. 2:25-CV-01317-SB

**MOTION FOR APPOINTMENT OF COUNSEL**

~~ADDENDUM~~ (ADDING)

18 USC § 3006A(2)(B)

**1.**

COMES NOW, the Plaintiff, a prisoner not represented by counsel in the above entitled matter and, pursuant to 18 U.S.C. § 3006A (2)(B), respectfully requests this Court for its order appointing counsel to represent plaintiff in this matter. This motion is supported by a Motion to Proceed Informa Pauperis and an Application to Proceed In Forma Pauperis, the Plaintiff's Six Month Trust Statement is attached.

**2.**

Plaintiff believes that he is entitled to relief sought and if able would retain counsel on his/her own if financially able, to protect his interests.

Form 39.150

Your Honorable Judge Stacie F. Beckerman and this Honorable Court. Respectfully ASK THIS court to please Grant this ~~motion~~ MOTION, MOTION for PRO-BONO COUNSEL THIS LAST TIME to move forward.

Honorable Judge, I feel that if you Grant this MOTION to go forward, I will be Able too find A ATTORNEY to Help My CASE.
I HAVE Little to NO ACCESS TO FIND ONE for Myself, NO OUT SIDE Help.

I'M AT FALT, Because I DID NOT Know THAT My CASE (Goes) in A (Pool) FOR ATTORNEY(S) to PICK FROM, ONCE (ONE) ATTORNEY ~~the~~ TURNS it Down.
By My ASKING/SUMMITING THIS LAST TIME AN THIS COURT DENYING it. HAS TAKEN ME OUT of SAID ATTORNEY(S)(Pool).

THIS WILL BE THE LAST TIME I SUMMIT THIS MOTION TO THIS HONORABLE COURT AND RESPECTED JUDGE. BECAUSE I WILL Know I'M IN A(Pool) FOR ATTORNEY(S) TO SEE. I DID NOT KNOW THIS BEFORE.
WITH OUT THIS RESPECTED COURTS HELP, I'M AT LOSS 3 UNFAIR ~~AVANED~~ AVANAGE BY THE STATE MOVING FORWARD I HONISTLEY BELIEVE.

RESPECTFUL Summited

PAGE 2-3 MOTION FOR APPOINTMENT OF COUNSEL

**3.**

The interests of justice would be best served if an attorney would be appointed to the

Plaintiff.

Dated this 16 day of NOVEMBER 20 25 .

Respectfully Submitted,

_____
(Signature)
Print Name: Kyle Curtis Patrick Cloutier
Sid #: 21370424
TRCI 82911 Beach Access RD.
Umatilla OR 97882