ADDENDUM (ADDING)

Name, Address,
E-mail, & Phone

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Kyle CurtisPatrick CLOUTIER
#2137942Y                Plaintiff(s),

v.

State of Oregon Defendant(s).

Case No.: 2:25-CV-01317-SB

**MOTION FOR APPOINTMENT
OF PRO BONO COUNSEL**

I, Kyle CurtisPatrick Cloutier , move for the appointment of pro bono counsel.

To support this motion, I declare under penalty of perjury that (check one):

☑ I have been granted, or have applied for, permission to proceed *in forma pauperis*.

☑ I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of my poverty (describe below): I HAVE NOTHING IN MY NAME TO PAY FOR ANYTHING, I AM I DOCUMENTED PERSON WITH SERIOUS MENTAL DISABILITES) AND LERNING DISABILITES. I SUFFER WITH SERIOUS MENTAL ILLNESS THAT I DEAL WITH EVERY DAY.

I need appointed counsel to assist me because (describe below): I DO NOT KNOW WHAT I AM DOI
-G WITH OUT HELP I WILL NOT GET THE JUST HELP I NEED TO SEEK HELP WITH TH MAILE HARM & INJURY DONE TOO ME. M LEARING DISABILITES) I'VE HAD MY HOLE LIFE NOT COUNTING MY SERIOUS MENTAL HEALTH ILLNESS(S) PREVENT ME FROM UNDER STANDIN I BEG THIS HOROBLE COURT TOO DO WHATS JUST AND RIGHT. PLEAS I BEG YOU!HELP ME

_____          ~~$35.85~~ ~~03.00.25~~ 11-16-25
Signature                                  Date

Kyle CurtisPatrick CLOUTIER
Printed Name

Form 39.151

AFFIDAVIT IN SUPPORT OF
MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☑ Yes  ☐ No

   If you answered yes, where are you are incarcerated? TRCI 82911 BEACH ACCESS RD Umatilla OR 97882

2. Are you currently employed?  ☐ Yes  ☑ No

   If you are employed:

   List your employer's name: _____

   List your employer's address: _____

   _____

   Amount of take-home pay:  $_____ per _____ (hour, day, week, month)

   If you are not employed:

   Name your last employer: _____

   Last employer's address: _____

   _____

   Date of last employment: _____

   Amount of take-home pay:  $_____ per _____ (hour, day, week, month)

3. Is your spouse or significant-other employed?  ☐ Yes  ☐ No  ☑ Not Applicable

   Name of employer: _____

   Employer's address: _____

   _____

   Date of last employment: _____

   Amount of take-home pay:  $_____ per _____ (hour, day, week, month)

4. Have you received money from any of the following sources in the last 12 months?

   • Business, professions, or other self-employment:

     ☐ Yes   Amount Received: $_____   Amount expected in future: $_____
     ☑ No

   • Rent payments, interest, or dividends:

     ☐ Yes   Amount Received: $_____   Amount expected in future: $_____
     ☑ No

Form 39.151

- Pensions, annuities, or life insurance payments:

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____
  ☑ No

- Disability or workers compensation payments:

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____
  ☑ No

- Gifts or inheritances:

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____
  ☑ No

- Any other sources:

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____
  ☑ No

5. Do you have cash or savings accounts, including prison trust accounts?

  ☑ Yes    Total amount: $ 186.32 ¢
  ☐ No

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?    ☐ Yes (describe below) ☑ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

7. Do you have any other assets?    ☐ Yes (describe below) ☑ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Form 39.151**

8. Do you have monthly expenses, including housing, transportation, utility, judgments, loan payments, or other regular expenses? ☐ Yes (describe below) ☒ No

| Expense Description | Estimated Monthly Payment |
|---|---|
| | |
| | |
| | |
| | |

9. List the persons (or, if under 18, initials only) who are dependent on you for support:

| Name or Minor's Initials | Relationship (Spouse, child, parent, etc.) | Amount of Monthly Support Your Provide |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

10. Do you have any debts or financial obligations? ☒ Yes (describe below) ☐ No

I owe the Prison and THIS Respected court

_____    _____ 11-16-25
Signature                          Date

Kyle Curtis Patrick Clootier
Printed Name

Form 39.151