_ADDENDUM (ADDING)_

Name, Address,
E-mail, & Phone

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Kyle CurtisPatrick CLOUTIER
#21379424                         Plaintiff(s),

v.

State of Oregon _____ Defendant(s).

Case No.: 2:25-CV-01317-SB

**MOTION FOR APPOINTMENT
OF PRO BONO COUNSEL**

I, _Kyle CurtisPatrick Cloutier_, move for the appointment of pro bono counsel.

To support this motion, I declare under penalty of perjury that (check one):

☑ I have been granted, or have applied for, permission to proceed _in forma pauperis_.

☑ I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of my poverty (describe below): I HAVE NOTHING IN MY NAME TO PAY FOR ANYTHING, I AM I DOCUMENTED PERSON WITH SERIOUS MENTAL DISABILITES) AND LERNING DISABILITES. I SUFFER WITH SERIOUS MENTAL ILLNESS THAT I DEAL WITH EVERY DAY.

I need appointed counsel to assist me because (describe below): I DO NOT KNOW WHAT I AM DOING WITH OUT HELP I WILL NOT GET THE JUST HELP I NEED TO SEEK HELP WITH THE MALIC HARM & INJURY DONE TOO ME. M LEARING DISABILITES) I'VE HAD MY HOLE LIFE NOT COUNTING MY SERIOUS MENTAL HEALTH ILLNESS(S) PREVENT ME FROM UNDER STANDING, I BEG THIS HOROBLE COURT TOO DO WHAATS JUST AND RIGHT. PLEAS I BEG YOU!!HELP ME.

_____          _____    12-25-25
Signature                            Date

Kyle CurtisPatrick Cloutier
Printed Name

Form 39.151

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☑ Yes  ☐ No

   If you answered yes, where are you are incarcerated?  TRCI 82911 BEACH ACCESS RD UMATILLA OR 97882

2. Are you currently employed?  ☐ Yes  ☑ No

   **If you are employed:**

   List your employer's name:  _____

   List your employer's address:  _____

   Amount of take-home pay:  $_____ per _____ (hour, day, week, month)

   **If you are not employed:**

   Name your last employer:  _____

   Last employer's address:  _____

   Date of last employment:  _____

   Amount of take-home pay:  $_____ per _____ (hour, day, week, month)

3. Is your spouse or significant-other employed?  ☐ Yes  ☐ No  ☑ Not Applicable

   Name of employer:  _____

   Employer's address:  _____

   Date of last employment:  _____

   Amount of take-home pay:  $_____ per _____ (hour, day, week, month)

4. Have you received money from any of the following sources in the last 12 months?

   - **Business, professions, or other self-employment:**

     ☐ Yes   Amount Received: $_____   Amount expected in future: $_____
     ☑ No

   - **Rent payments, interest, or dividends:**

     ☐ Yes   Amount Received: $_____   Amount expected in future: $_____
     ☑ No

**Form 39.151**

- **Pensions, annuities, or life insurance payments:**

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☑ No

- **Disability or workers compensation payments:**

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☑ No

- **Gifts or inheritances:**

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☑ No

- **Any other sources:**

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☑ No

5. **Do you have cash or savings accounts, including prison trust accounts?**

   ☑ Yes    Total amount: $ 186.32 ¢

   ☐ No

6. **Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?**   ☐ Yes (describe below)  ☑ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

7. **Do you have any other assets?**  ☐ Yes (describe below)  ☑ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Form 39.151**

8. Do you have monthly expenses, including housing, transportation, utility, judgments, loan payments, or other regular expenses? ☐ Yes (describe below) ☑ No

| Expense Description | Estimated Monthly Payment |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

9. List the persons (or, if under 18, initials only) who are dependent on you for support:

| Name or Minor's Initials | Relationship (Spouse, child, parent, etc.) | Amount of Monthly Support Your Provide |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

10. Do you have any debts or financial obligations? ☑ Yes (describe below) ☐ No

I owe the Prison and THIS Respected court

_____
Signature

Kyle Curtis Patrick Cloutier
Printed Name

_____
Date  12-25-25

Form 39.151

Print Name: Kyle Curtis Patrick Cloutier
Sid #: 21379424
TRCI 82911
Beach Access RD.
Umatilla OR 97882

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF OREGON

Kyle Curtis Patrick Clootier #2137124 )
      Plaintiff                 )
                    ,  )
                      )
v.                              )
State of Oregon                 )
           Defendant.           )
                      )
                      )

Case No. 2:25-CV-0317-SB

**MOTION FOR APPOINTMENT OF COUNSEL**

~~ADDENDUM~~ (ADDING)

**18 USC § 3006A(2)(B)**

**1.**

COMES NOW, the Plaintiff, a prisoner not represented by counsel in the above entitled matter and, pursuant to 18 U.S.C. § 3006A (2)(B), respectfully requests this Court for its order appointing counsel to represent plaintiff in this matter. This motion is supported by a Motion to Proceed Informa Pauperis and an Application to Proceed In Forma Pauperis, the Plaintiff's Six Month Trust Statement is attached.

**2.**

Plaintiff believes that he is entitled to relief sought and if able would retain counsel on his/her own if financially able, to protect his interests.

Page 1 of 2 – Motion for Appointment of Counsel                    Form 39.150

TO THIS HOROABLE COURT AND HOROABLE JUDGE STACIE F. BECKERMAN. I RESPECTFULL ASK THIS COURT TO PLEASE GRANT THIS MOTION, MOTION FOR PRO BONO COUNSEL.

YOUR HONOR I AM PERPLEX WITH **uncertainty** and DIFFICULTY WITH OUT HELP FROM A ATTORNEY.

I MESSED UP YOUR HONOR. BY THIS I MEAN:.
WHEN I FIRST WAS GRANTED COUNSEL, I WAS PLACED ON A "LIST" FOR COUNSEL. I DID NOT KNOW, THAT I ONLY HAD TO APPLY ONCE.

WHEN I APPLYED THE SECENT TIME, YOU DENEYED MY MOTION. I WAS "TAKEN OFF THE LIST".

HAD I JUST WAITED... I WOULD OF HAD A ATTORNEY BY NOW.
    I ASK THIS RESPECTFUL COURT TO GRANT ME PRO BONO COUNSEL.

THE HARDSHIPS ON ME ARE LONG AND IMPOSSING. I AM DOING EVERYTHING IN MY POWER. I PLAN TO MOVE FORWARD WITH TRAIL.

PAGE 2-B MOTION FOR APPOINTMENT OF COUNSEL

**3.**

The interests of justice would be best served if an attorney would be appointed to the Plaintiff.

Dated this ____ day of _____ 20 __ .

Respectfully Submitted,

_____
(Signature)
Print Name: Kyle Curtis Patrick Cloutier
Sid #: 21370424
TRCI 82911 Beach Access RD.
Umatilla OR 97882

Page 2 of 2 – Motion for Appointment of Counsel

Form 39.150