IN THE UNITED STATE DISTRICT COURT
FOR THE STATE OF OREGON

KYLE CURTIS PATRICK CLOUTIER

PLAINTIFF,

V.

THE STATE OF OREGON / ODOC
Deffendant,

CASE No. 2:25_CV_01317_SB

MOTION OF DECLARATION
FOR PLAINTIFF

## DECLARATION

I suffer from serious Medical / Mental Health condition requiring MEDICAL / MENTAL Health NEEDS RECORDING TREATMENT. BUT DEFFENDANTS is either "unwilling" or "unable" to treat MR. CLOUTIER MEDICAL / MENTAL Health Needs Properly or adequately despite knowledge of MR. CLOUTIER'S conditions ongoing Risk of his well being & Health without Proper mental health. Medical / Mental Health.

MR. CLOUTIER has requested treatment and diagnoses from Deffendant for his Medical / mental Health conditions and been denied. without Proper MEDICAL / MENTAL Health treatment. MR CLOUTIER is AT RISK OF imminent and Potentially last harm and even death and Defendant's refuseal to Proper medical / Mental Health Treatment amounts to delibertrate Indifference and THE Section 504 of the Rehabilitation ACT of 1973 (29 U.S.C. § 794(a)), and Title II of Americans with Disabilites ACT (42 U.S.C. § 12131, et seq.). Along US. Constitution violation and STATE Constitution That amount to cruel & unusual Punishment AND unnecessary RIGOR.

Plantiff (ME) I ASK for HELP & NOTHINK IS DONE. THE STATE OF Oregon Play DOCTOR with out Giveing CAUSE of ne behavor of My Simptoms That I state. I'm Doing THE BEST I Can. SOME DAYS I WANT TO Give UP. BUT I MUST Bring the wrenge To light that is BEING Done to People with MENTAL HEALTH & DISABILITE(S) LIKE MY Self. Daylly By ODOC / oregon state Hear ARE VOICE.

A prison official May be held liable under 8th Amendment for acting with "Deliberate indifference" to a inmates Health & safty only if He knows that inmate face substantial risk of serious harm & disregards that risk by failing to take reasonable measures to abate it.

OSP ODOC staff/employees knew that Plaintiff Has serious Mental Health & Disabilite(s) issues. ODOC Chose's to Disregard this. ODOC staff then placed Plaintiff in with inmate on "out of cell Teather restrant order" for Threats of violence to other inmates and/or staff.
ODOC staff then made sport & incourage this behavior & laugh egg on this sick sport for sometime untill Plaintiff had broken down and a mental Health crisis happened. Where SWAT from the outside community was called into Help.

Oergon State all who employees's ODOC staff acted under color of law (did) act with serious harm violate Plaintiff's 8th amendment with "Deliberate indifference" Health & or safty by not steping in to remove Plaintiff out of harms way. Failing To Take reasonable measure to Abatit.

Plaintiff was subjected to Assalt, stab wounds, and irreparable injury, harm, pain, angyish to Plaintiffs Mental Haelth & Disabilite(s) that is life long.

Prison officials Have a duty Duty under 8th Amendment to Provide Humane conDishuns of confinement. They must ensure that inmates Receive adequate food, clothing, shelter, and medical care. and must protect protect prisoner's from violence at the hands of other prisoners. However, a constitutional violation occurs only where the Deprivation alleged is objectively, "sufficiently serious", 826 Wilson v. Seiter, 501 us. 294, 298, 111 s.ct. 2324, 115 L.Ed.2d 271. and the official has acted with "Deliberate indifference to Plaintiffs Health Health & safty. Pp. 1976-1977.

Page 2 of 7   Motion of declaration for Plaintiff

Deliberate indefference entails something "MORE" then negligence, BUT IS satisfied by something Less then act of omissions for the ~~hearto heart~~ very Purpose of causing harm or with knowledge that harm will result. THUS, "IT IS" the equivalent OF acting Recklessly.

OERGION STATE EMPLOYEE(S) KNOWINGLY PUT Plaintiff/MR.CLOUTIER IN HARMS WAY BY OMISSIONS STATED WHILE ACTING UNDER Color OF LAW. KNOWING THAT HARM, INJURY, PAIN, IRREPARATSLE SUFFERING WOULD MOST likely HAPPEN.   SEE OMISSIONS OF ODOC OREGon STATE STAFF. See (D.R) STATEMENT.

Subjective reckless, as used in the Criminal law, is the appropriate test for "Deliberate inDefference". Permitting a finding of reckless only when a Person has disregarded a risk of harm of which he (was aware) is a Familiar and workable Standard that is consistent with the Cruel and UNUSUAL PUNISHMENTS CLAUSE AS INTERPRETED BY THIS COURT's Case's. THE EIGHTH AMENDMENT ? unusual "PUNISHMENT", NOT "conDisitions", and The failure to alleviate a significant risk that an Official SHOULD Have Perceived "BUT" "DID NOT, while ~~No case~~ Cause for Commendation, Cannot be Condemned as infliction of Punishment under the cases. Petitioners invitation to been known.

THE Subjective ~~test~~ dose not Permit ~~the~~ liability to be Permised on obviousness or Constructive Notice. Canton V. Harris, 489, u.s. 378, 169 S.Ct. 1197, 103 L.Ed.2d 412, distinguished. However, THIS DOSE NOT MEAN THAT Prison Officials will be Free to ignore obvious Dangers to Inmates whether an Official had the requisite Knowledge is a Question of Fact subject to demenstratevon in the usual ways, AND a factfinder may Conclude "THAT" THE PRISON OFFICIAL "KNEW" OF a SUBSTANTIal RISK From the VERY FACT THAT WAS OBVIOUS. NOR may official "escaPe ~~and~~ liability" by showing that he knew of the risk BUT did not think that the Complainant was especially likely to be assaulted by the Prisoner WHO Committed. THE ACT. IT DOS NOT Matter Whether the risk came from a Particular Source OR Whether a Prisoner Faced the risk For reasons Personal to him of —

- because all Prisoners in his Situation face Risk.
- But Prison officials may not be held liable if they Prove that Where enawcire of even an obvious Risk OR if they responded resonably to the known risk even if the harm ultimately was not Averted.

OREGON STATE EMPLOYEE'S WERE FOLLEY AWEAR OF THE DANGER & RISK BEFORE PLACE-ing MR. Cloutier IN THAT CELL W/THE INMATE & IGNORED HIS HEATH & SAFTY & LAUGHTED.

THIS WENT ON FROM AUGUST 4th - AUGUST 7th 2024 ON AUGUST 7th 2024 MR. Cloutier WAS Aloud OUT OF His Cell TO Go to the Rec/Outside AREA. DURING THIS TIME MR. Cloutier WAS able To SEPERATE Hisself FROM THE HARM He suffered. When His Time to come in WAS UPON Him. MR. - Cloutier ASKED for a Cell CHANGE TO Remove Himself From the HARM.

OSP STAFF OERGON STATE WORKER D. Flux SAID "NO" Get Your Bitch ASS IN THE SHOWER. AT THAT TIME MR. Cloutier BROKEDOWN & HAD A SERIOUS MENTAL HEATH CRISIS Brought ON BY OERGON STATE ODOC STAFF/EMPLOYEE'S WHO WHERE WORKING UNDER Color OF THE LAW. MANY EMPLoyed(s) TRIED To Clam Down The Sistuation TO Novail. THE SWAT TEAM FROM THE OUT Side WAS Called IN to HELP with MR - Cloutier Crisis. MR. Cloutier COMPLYED AFTER SOME TIME. MR. Cloutier WAS MOVED TO a CELL THAT WAS Covered With Blood & POOP ON THE WALLS, Bunk AREA, Desk, and other Places. MR. Cloutier was NOT Given anyTHING to Clean THIS UP with OR MOVED From Cell For over some weeks. MR. Cloutier Had open wounds from the Assaulted/Injury: From THE ACTS OF ODOC OERGon & STATE EMPLoyee(S). MR. Cloutier WAS NOT ALLOWED ANY MEDICAL HELP OR Pictures OF INJURYS OTHER THEN BAER MINUNMOM. ODOC STATE EMPloyee's Refused To take Pictures of INJURYS.. MR. Cloutier was NOT Given any bedding. Blankits Matters, soup or Reprevie Such as a Shower For some time. MEALS WHERE with HeID FOR Sevien Day as PUNISHMENT FOR MR. Cloutier's MENTAL HEATH Crisis & OR Disabilite(s). MR. Cloutier WAS NOT Allowed OUT of His Cell for 6-to-8 WEEKS. Oregon STATE WORKS Would MARK Down MR. Cloutier AS COMING OUT & Would "NOT" OPEN His CELL. THE SAME THING WOULD HAPPEN FOR SHowers. THIS WENT ON FOR SOME WEEK(S). DURRING THIS TIME MR. Cloutier(S) SMI-3 Was DROPED TO SMI-2.

AT THE SAME TIME MR. CLOUTIER'S ("D.R.") "DISPLINARY REPORT" WAS WITH HELD. RESSMON FOR BY CSP STATE STATE WORKERS. WAS BECASES STAFF WAS NOT AT WORK TO FINISH REPORT. WHEN IN (FACT) STATE WORKER WERE AT WORK. SEE NAME(S) ON (D.R)? NOW SEE TIME CARDS.

THIS WAS DONE INTENCHALELY TO CASE CAUSE MORE IRREPARABLE INJURY, HARM, SUFFERING RETALIATION TO MR. CLOUTIER. BECOSES MR. CLOUTIER(S) Level SMI-3 WAS DROPED THEN GIVEN HIS (D.R.) THIS INEFFICT Changes MR. Cloutien(S) Chance(s) AT MENTAL HEALTH TREATMENT. AND PLACE'S MR. Cloutier INTO LONG-TERM lock DOWN FOR SYMPTOMS OF HIS MENTAL HEALTH OR DISABILITY(S). MR. Cloutier IS PLACED IN longterm ISOLATION WHERE MR. Cloutier FOR TRD TO COMMITE Suicide which DID NOT WORK. MR. Cloutier WAS IN ISOLATION CONVINEMENT WITH OUT ANY ADERATE MEDICAL OR MENTAL HEALTH CARE. THIS COMPONDEL CASUBING IRREPARABLE HARM TO MR. Cloutier EXSITING DISABILITE(S) AND MENTAL HEALTH. OERGON STATE WORKER(S) MALICIOUSLY SADISTICALLY WITH Malicious intent PIANED AN A ATTACK ON MR. Cloutier. BY COVERING UP THERE INVOLMENT. BY lieing IN THERE Reports TO DOWN PIAY THERE ACTION AND BACK DATING REPORT MEDICAL PAPERS TO FIT THERE NEEDS. SEE EXSIBITS. OREGON STATE WORKER FORGEDE MANAGERS John HANDCOCK ON DOCUMENTS DATE(S) INORDER TO CAUSE IRREPARABLE WONTON CRUEL CONSTITUTIONAL ADA FEDARAL 8th AMNEDMENT 14th AMENDMENT HARM, WITH "Deliberate INDifference". THEY DID THIS COOT Countless Times NOT TO JUST ME BUT to others AS WELL.

A Prison Official's "deliberate indifference" to a sub stantial risk of serious harm to an inmate violates the 8th Amendment. See Helling V. McKinney, 509 U.S. 25, 113. S.Ct. 2475, 125 L.Ed.2d 22 (1993); Wilson V. Seiter, 501 U.S. 294, 111 S.Ct. 2321, 115 L.Ed.2d (1991), * 829 Estelle V. Gamble, 429 U.S. 97, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976).

As you read through Mr. Cloutier Exsibits you will see that Mr. Cloutier "WAS" STILL SMI-3 LOT-S August 20th 2024. AND By TANYA WELEBER(S) OWN ADDMISSION(S) SHE - A OERGON STATE CONTRATOR WHO WORKS FOR THE STATE OF OERGON, NOT JUST THE PRISON SAID SHE CAME AND TOLD MR. CLOUTIER SHE WAS REMOVING HIS LEVEL OF CARE (SMI-3) DOWN TO (SMI-2) August 20th, 2024. THEN BACK DATE(S) MEDICAL RECORDS PAGES 342 ≠ 343 to August 3RD. When IT'S SEPTEMBER 3RD See Exsibits PAGE'S. AllSo see PAGE 354. SHE FORGAES MANAGER'S HANDCOCK TOO.

NOW SEE DATE OF (DR) REPORT AUGUST 20th ≠ 21ST 2024. OERGON(S) PLAIN OF ATTACK TO CAUSE WANTON IRREPARABLE DAMAGE HARM IS MOVING FORWARD ON MR. CLOUTIER.

To Make THINGS WORS LJOES INMATE'S IN ISOLATION LOCKDOWN ARE NOT AFORDED THE SAME STANDEREDISTED MEDICAL TRAETMENT. Do To LOCKDOWN Level's. As to SOMEONE NOT IN LOCK Down. MR. CLOUTIER SUFFERED NON-STOP PAIN, IRREPARAIBLE HARM Do to THE LOSS OF HIS EYE SIGHT IN HIS LEFT EYE Do to THE MEDICATION "WIXSEIA". MR CLOUTIER ASK MANY TIMES FOR OREGON STATE ODOC MEDICAL IF THERE WAS ANY MEDICATION(S) THAT WOULD CAUSE THE SMPTOMS AND AND/OR PROBLMS. See Exsibil's. ODOC MEDICAL SAID THERE WAS NOTHING THAT WOULD HARM You.

DURING THIS TIME ODOC INMATE/PERSON RERSON MR. CLOUTIER WAS SENT TO SALEM HEALTH ER. MD. ER DOCTER STATED MR. CLOUTIER NEED TO SEE A SPEICALIST WITHIN 14 DAY/and OR 1 week OR Damage and/or IRREPARAIBLE HARM HARM Could Happen.

MR. CLOUTIER DID NOT SEE A SPEAILIST FOR OVER A YEAR OR POOR MORE. MR. CLOUTIER IS STILL HAVING PROBLEMS WITH HIS EYE SIGHT TO THIS DAY.

ALSO MR. CLOUTIER WAS SUBJECTED TO WATER ? OR PEPPER SPRAY WITH LUMINOUS lighting DEPERVATION BY OERGON STATE WERKERS FOR WEEK'S, GDOC STATE STAFF WOULD TOSS COLD WATER ON MR. CLOUTIER WHILE HE WAS IN HIS CELL AT TIMES TO PROVOCK A RESPONCE ? OR SPRAW PEPPER SPRAY KNOWING MR. CLOUTIER IS ASMAIC HEALTH ISSUSE'S.

ODEC OERGON STATE EMPLOYEE(S) DID THESE ACT KNOWING THAT THERE WAS NO CAMRAS IN DSU ? OERGON STATE WORKER'S WILL ACT lIKE A GANG AND NEVER TELL ON ONE- -ENOTHER. WHEN THERE LT.'S HIGHER UP'S WILL BACK THERE ACTIONS OF THERE LOWERS ? OR PARTISCIPATE IN THE SICK BEHAVOUT.

"I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY".

Dated this 12 day of DEC, 2025

Kyle CURTIS Patrick
Cloutier 21370H24
82911 Beach ACCESS RD
Umatilla OR 97882

Page 7 OF 7 motion of    7 Declaration for Plaitiff