DAN RAYFIELD
Attorney General
EDWARD 'JAKE' MILLER  #232113
Assistant Attorney General
Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  jake.miller@doj.oregon.gov

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| KYLE CURTIS PATRICK CLOUTIER,<br><br>Plaintiff,<br><br>    v.<br><br>STATE OF REGON, OREGON DEPARTMENT OF CORRECTIONS, OSP STAFF BHS TANAY WELEBR, OSP BHS STAFF NINA V., OSP SUPERINTENDENT CORY F., OSP MEDICAL STAFF HIDY MILLER, JOHN AND JANE DOE 1-5,<br><br>Defendants. | Case No.  2:25-cv-1317-SB<br><br>STATE DEFENDANTS' MOTION FOR EXTENSION OF DISCOVERY AND PRETRIAL DEADLINES |

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7-1(a)(1)(C), defendants' counsel certifies that plaintiff is a

prisoner not represented by counsel and is presently in the custody of the Oregon Department of

Corrections ("ODOC"). Accordingly, conferral was not required for this motion.

Page 1 -    STATE DEFENDANTS' MOTION FOR EXTENSION OF DISCOVERY AND
             PRETRIAL DEADLINES
                JM9/a4s/1015402789

## MOTION

The deadline for all pleadings, pretrial, discovery, and dispositive motions in this case is March 5/8/26, 2026. Undersigned counsel for State Defendants needs additional time to complete dispositive motions, Counsel for State Defendants anticipates filing a motion for summary judgment, and needs additional time to prepare and coordinate supporting declarations. Unfortunately, the press of business, and illness have frustrated Defendants diligence in meeting the previously set deadline. Undersigned counsel requests a 60-day extension, up to and including Tuesday, July 7, 2026, for dispositive motions.

This motion is supported by a declaration from undersigned counsel Edward 'Jake' Miller, filed contemporaneously.

This request is made in good faith and not for the purpose of delay, and I declare under penalty of perjury that the foregoing is true and correct.

DATED May   8 , 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General


*s/ Edward 'Jake' Miller*
EDWARD 'JAKE' MILLER #232113
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
jake.miller@doj.oregon.gov
Of Attorneys for Defendants

Page 2 -   STATE DEFENDANTS' MOTION FOR EXTENSION OF DISCOVERY AND
PRETRIAL DEADLINES
JM9/a4s/1015402789

## CERTIFICATE OF SERVICE

I certify that on May  8 , 2026, I served the foregoing STATE DEFENDANTS'

MOTION FOR EXTENSION OF DISCOVERY AND PRETRIAL DEADLINES upon the

parties hereto by the method indicated below, and addressed to the following:

**Kyle Curtis Patrick Cloutier**        \_\_\_ HAND DELIVERY
SID#21379424                     \_\_\_ MAIL DELIVERY
Snake River Correctional Institution   \_\_\_ OVERNIGHT MAIL
777 Stanton Blvd.              \_\_\_ TELECOPY (FAX)
Ontario, OR 97914             \_\_\_ E-MAIL
     *Pro Se Plaintiff*        X  **E-SERVED PURSUANT TO**
                                  **SRCI STANDING ORDER NO. 2019-9**

*s/ Edward 'Jake' Miller*
EDWARD 'JAKE' MILLER #232113
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
jake.miller@doj.oregon.gov
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
        JM9/da5/997658204